## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ENAMIDEM CELESTINE OKON, | Civil No. 13-1998 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STATE OF MINNESOTA, et al, | |
| Defendants. | |

_____

Enamidem Celestine Okon, #241071, MCF-St. Cloud, 2305 Minnesota Boulevard SE, St. Cloud, MN 56304, pro se plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b);

3. Plaintiff is required to pay the unpaid balance of the court filing fee, namely $338.05, in accordance with 28 U.S.C. § 1915(b)(2); and

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

DATED: October 7, 2013
at Minneapolis, Minnesota.

　　　　　　　　　　　　　　　　　　　　　　　s/John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge